[No. 13964-2-II.   Division Two.   August 25, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. EVAN
J. BREECE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 90-1-00097-2, Philip W. Borst, J., entered May 3, 1990. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Alexander, J., and Johnson, J. Pro Tem.

[No. 14337-2-II.   Division Two.   August 25, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. DONALD
JAMES KISER, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 90-1-00658-1, John N. Skimas, J., entered September 25, 1990. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, A.C.J., Alexander, J., dissenting.

[No. 13487-0-II.   Division Two.   August 25, 1992.]

HILLE A. STANLEY, ET AL, *Appellants*, v. DONALD B.
MURPHY CONTRACTORS, INC., ET AL,
*Respondents*.

Appeal from a judgment of the Superior Court for Pacific County, No. 86-2-00175-3, Joel M. Penoyar, J., entered December 14, 1989. *Reversed* by unpublished opinion per Morgan, A.C.J., concurred in by Alexander, J., and Worswick, J. Pro Tem.